**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **EHang, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **30-0841282** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1250 Borregas Avenue** **Sunnyvale, CA 94089** | **177 Park Avenue, Suite 200** **San Jose, CA 95113** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Santa Clara** | **Location of principal assets, if different from principal place of business** |
| County | **FD Logistics** **32920 Alvarado Niles Road, Suite 220 Union City, CA 94589** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **(www.ehang.com is the website of the Chinese affiliate)**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Ehang GmbH** | | | Relationship | **100% Subsidary** |
| District | **Germany** | When | **7/15/17** | Case number, if known | |

Case: 17-53120   Doc# 1   Filed: 12/29/17   Entered: 12/29/17 17:42:25   Page 2 of 37

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **Certain Personal Personal Property held by Silicon Valley Pad**

**Where is the property?**    **1250 Borregas Ave**
**Sunnyvale, CA, 94089-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 17-53120    Doc# 1    Filed: 12/29/17    Entered: 12/29/17 17:42:25    Page 3 of 37

| Debtor | **EHang, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 29, 2017**
                MM / DD / YYYY

**X** **/s/ Weixian Xia**                          **Weixian Xia**
Signature of authorized representative of debtor    Printed name

Title     **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Wendy W. Smith**            Date  **December 29, 2017**
Signature of attorney for debtor              MM / DD / YYYY

**Wendy W. Smith #133887**
Printed name

**Binder & Malter, LLP**
Firm name

**2775 Park Avenue**
**Santa Clara, CA 95050**
Number, Street, City, State & ZIP Code

Contact phone _____  Email address _____

**#133887**
Bar number and State

Case: 17-53120   Doc# 1   Filed: 12/29/17   Entered: 12/29/17 17:42:25   Page 4 of 37

Fill in this information to identify the case:

Debtor name **EHang, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __December 29, 2017__          *X* /s/ Weixian Xia
                                                                   Signature of individual signing on behalf of debtor

                                                                   **Weixian Xia**
                                                                   Printed name

                                                                   **Chief Executive Officer**
                                                                   Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **EHang, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*...................................................................................... $     **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................................................. $     **240,829.69**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..................................................................................... $     **240,829.69**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$     **8,560,786.37**

4.   **Total liabilities** ...............................................................................................
     Lines 2 + 3a + 3b              $     **8,560,786.37**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 17-53120    Doc# 1    Filed: 12/29/17    Entered: 12/29/17 17:42:25    Page 6 of 37

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking | 1507 | $8.13 |
| 3.2. | Bank of America | Checking | 2466 | $0.00 |
| 3.3. | Bank of America | Checking | 9903 | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                    $8.13
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Case: 17-53120    Doc# 1    Filed: 12/29/17    Entered: 12/29/17 17:42:25    Page 7 of 37

■ Yes Fill in the information below.

| | |
|---|---|
| 11. | **Accounts receivable** |

11b. Over 90 days old:    1,486,125.62    -    1,435,088.22    =....    **$51,037.40**

face amount          doubtful or uncollectible accounts

---

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | **$51,037.40** |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

□ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Inventory at warehouse:** **FD Logistic** **32920 Alvarado Niles Road, Suite 220** **Union City. CA 94587** | | $113,115.39 | Book value | $113,115.39 |

---

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | **$113,115.39** |
| | Add lines 19 through 22.  Copy the total to line 84. | |
| 24. | **Is any of the property listed in Part 5 perishable?** | |
| | ■ No | |
| | □ Yes | |
| 25. | **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?** | |
| | ■ No | |
| | □ Yes. Book value _____ Valuation method _____ Current Value _____ | |
| 26. | **Has any of the property listed in Part 5 been appraised by a professional within the last year?** | |
| | ■ No | |
| | □ Yes | |

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software furniture, audio, video and computer equipment - Exhibit A** | $76,668.77 | Book value | $76,668.77 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

|  | $76,668.77 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case: 17-53120   Doc# 1   Filed: 12/29/17   Entered: 12/29/17 17:42:25   Page 9 of 37

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

| 71. | **Notes receivable** | |
|---|---|---|
| | Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | |
| | Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **100% ownership German Company Ehang GmbH (Bankrupt)** | **$0.00** |

| 78. | **Total of Part 11.** | **$0.00** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $51,037.40 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $113,115.39 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $76,668.77 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $240,829.69 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $240,829.69 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **EHang, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number (if known)   _____

☐ Check if this is an
    amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **EHang, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number (if known)

☐ Check if this is an
   amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

| | |
|---|---|
| **2.1** Priority creditor's name and mailing address<br>**California Department of Tax and Fee Adm**<br>**Account Information Group, MIC: 29**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

| | |
|---|---|
| **2.2** Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section, MS A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

Case: 17-53120   Doc# 1   Filed: 12/29/17   Entered: 12/29/17 17:42:25   Page 13 of 37

| Debtor | EHang, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**Special Procedures**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Amy Covington**<br>**c/o Joseph M. Lovretovich**<br>**21052 Oxnard Street**<br>**Woodland Hills, CA 91367** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Employment claim__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **Bank of America**<br>**PO Box 982238**<br>**Wilmington, DE 19886** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __** Notice Only__ | |
| | Last 4 digits of account number __7618__ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,339,644.72 |
| | **Ehang Holding Limited**<br>**Building No.3 Yixang Science Park No. 72**<br>**Nanxiang 2nd Road, Luogang Stree**<br>**Huangpu District, Guangshou**<br>**Guangdong Province, China   00051-0700** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,915,780.55 |
| | **Ehfly Technology Limited**<br>**Building No.3 Yixang Science Park No. 72**<br>**Nanxiang 2nd Road, Luogang Street**<br>**Huangpu District, Guangzhou**<br>**Guangdong Province, China   00051-0700** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Inventory__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| | **FedEx**<br>**PO Box 645123**<br>**Pittsburgh, PA 15264-5123** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 17-53120   Doc# 1   Filed: 12/29/17   Entered: 12/29/17 17:42:25   Page 14 of 37

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49.00** |
|---|---|---|---|

**Freshworks**
**1250 Bayhill Dr.**
**Suite 315**
**San Bruno, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,969,645.08** |
|---|---|---|---|

**KW Redwood Shores, LLC**
**c/o Kennedy Wilson**
**1850 Gateway Blvd., Suite 130**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Public Storage**
**20565 Valley Green Drive**
**Cupertino, CA 95014**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Storage**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$335,667.02** |
|---|---|---|---|

**Sara Palmer**
**c/o Ravdeep S. Grewal**
**Dhillon Group, Inc.**
**177 Post Street, Suite 700**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employment**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sillicon Valley Pad, Inc.**
**1250 Borregas Ave**
**Sunnyvale, CA 94089**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office space**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gamble, Mallory & Natsis, LLP**<br>**865 S. Figueroa Street, Suite 2800**<br>**Los Angeles, CA 90017** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. | + $ | **8,560,786.37** |

Case: 17-53120    Doc# 1    Filed: 12/29/17    Entered: 12/29/17 17:42:25    Page 15 of 37

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.

5c.    $ _____ **8,560,786.37**

| Fill in this information to identify the case: |
|---|

Debtor name **EHang, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **Payroll services**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ADP, LLC**<br>**One Drive  MS-600**<br>**Augusta, GA 30909** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining **03/31/2018 (automatic renewal)**<br><br>List the contract number of any government contract | **Amazon Fulfillment Services Inc.**<br>**Corporation Service Company**<br>**300 DeSchutes Way/SW**<br>**Suite 304**<br>**Tumwater, WA 98501** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining **Ongoing**<br><br>List the contract number of any government contract | **B&H Foto & Electronics Corp**<br>**420 9th Ave**<br>**New York, NY 10001** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **Sales and marketing (automatic renewal)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Channel Pacific Inc.**<br>**5216 Breese Circle**<br>**El Dorado Hills, CA 95762** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 17-53120    Doc# 1    Filed: 12/29/17    Entered: 12/29/17 17:42:25    Page 17 of 37



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Contract** | |
| --- | --- | --- | --- |
| | State the term remaining | **01/06/2018** | **Ehfly Technology Limited**<br>**Building No.3 Yixang Science Park No. 72**<br>**Nanxiang 2nd Road, Luogang Street**<br>**Huangpu District, Guangzhou**<br>**Guangdong Province, China   00051-0700** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Inventory Management** | |
| --- | --- | --- | --- |
| | State the term remaining | **ongoing** | **FD Logistic**<br>**32920 Alvarado Niles Road**<br>**Suite 220**<br>**Union City, CA 94587** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Customer service** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Freshworks**<br>**1250 Bayhill Dr.**<br>**Suite 315**<br>**San Bruno, CA 94066** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Inventory Managment**<br>**(automatic renewal)** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Ingram Micro**<br>**3351 Michelson Drive**<br>**Irvine, CA 92612** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Storage** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Public Storage**<br>**20565 Valley Green Drive**<br>**Cupertino, CA 95014** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Office space agreement** | |
| --- | --- | --- | --- |
| | State the term remaining | | **Sillicon Valley Pad, Inc.**<br>**1250 Borregas Ave**<br>**Sunnyvale, CA 94089** |
| | List the contract number of any | | |

Case: 17-53120   Doc# 1   Filed: 12/29/17   Entered: 12/29/17 17:42:25   Page 18 of 37

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

Case: 17-53120     Doc# 1     Filed: 12/29/17     Entered: 12/29/17 17:42:25     Page 19 of 37

Debtor name    **EHang, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **EHang, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$433,810.74** |
| **For prior year:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$1,318,933.57** |
| **For year before that:** From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$29,583.76** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

Case: 17-53120    Doc# 1    Filed: 12/29/17    Entered: 12/29/17 17:42:25    Page 21 of 37

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   Sillicon Valley Pad, Inc. | 10/11/2017<br>11/03/2017 | $6,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other   **Office space** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Ehfly Technology Limited**<br>**Building No.3 Yixang Science Park No. 72**<br>**Nanxiang 2nd Road, Luogang Street**<br>**Huangpu District, Guangzhou**<br>**Guangdong Province, China**<br>**00051-0700** | **August 2017** | **$2,590,310.55** | **Return of inventory, credit to debtor A/R** |
| 4.2.   **Ehfly Technology Limited**<br>**Building No.3 Yixang Science Park No. 72**<br>**Nanxiang 2nd Road, Luogang Street**<br>**Huangpu District, Guangzhou**<br>**Guangdong Province, China**<br>**00051-0700** | **01/31/2017,**<br>**04/30/2017** | **$290,039.47** | **payment from Ehang customer for inventory, credit to Debtor A/R** |
| 4.3.   **Ehang GmBH**<br>**(German Subsidiary)** | **2017** | **$128,278.00** | **Capital investment to subsidiary paid by parent Ehang Holdings, Ltd.** |
| 4.4.   **Ehang GmBH**<br>**(German Subsidiary)** | **2016** | **$967,254.53** | **Capital investment to subsidiary paid by parent Ehang Holdings, Ltd.** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ehfly Technology Limited**<br>**Building No.3 Yixang Science Park No. 72**<br>**Nanxiang 2nd Road, Luogang Street**<br>**Huangpu District, Guangzhou**<br>**Guangdong Province, China**<br>**00051-0700** | **Returns of inventory 12,971 items including drones and accessories** | **August, 2017** | **$2,590,310.55** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account

Case: 17-53120   Doc# 1   Filed: 12/29/17   Entered: 12/29/17 17:42:25   Page 22 of 37

of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Sillicon Valley Pad, Inc.**<br>**1250 Borregas Ave**<br>**Sunnyvale, CA 94089** | **Applied security deposit**<br>Last 4 digits of account number: _____ | **12/2017** | **$3,200.00** |
| **KW Redwood Shores, LLC**<br>**c/o Kennedy Wilson**<br>**1850 Gateway Blvd., Suite 130**<br>**Concord, CA 94520** | **Applied security deposit**<br>Last 4 digits of account number: _____ | **08/2017** | **$297,189.48** |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Amy Covington v EHang, Inc.**<br>**17CIV01476** | **Civil litigation complaint for wrongful termination and violation of labor codes** | **San Mateo County Superior Court**<br>**400 County Center** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **KW Redwood Shores, LLC v EHang, Inc.**<br>**17CIV03495** | **Civil litigation, writ of attachment issued 12/17. No levy as of filing** | **San Mateo County Superior Court**<br>**400 County Center**<br>**Redwood City** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **In the matter of Sara Palmer v. Claire Chen, EHang Inc.** | **Employment Litigation** | **Cal Dpt of Fair Employment and Housing**<br>**2218 Kausen Dr.**<br>**Suite 100**<br>**Elk Grove, CA 95758** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Binder & Malter, LLP**<br>**2775 Park Avenue**<br>**Santa Clara, CA 95050** | **Attorney Fees** | **09/26/2017** | **$10,000.00** |
| | Email or website address<br>**www.bindermalter.com** | | | |
| | Who made the payment, if not debtor?<br>**EHang Holdings, Ltd.** | | | |
| 11.2. | **Binder & Malter, LLP**<br>**2775 Park Avenue**<br>**Santa Clara, CA 95050** | **Attorney Fees** | **11/17/2017** | **$10,000.00** |
| | Email or website address<br>**www.bindermalter.com** | | | |
| | Who made the payment, if not debtor?<br>**EHang Holdings, Ltd.** | | | |
| 11.3. | **Binder & Malter, LLP**<br>**2775 Park Avenue**<br>**Santa Clara, CA 95050** | **Attorney Fees** | **11/19/2017** | **$25,000.00** |
| | Email or website address<br>**www.bindermalter.com** | | | |
| | Who made the payment, if not debtor?<br>**Ehfly Technology Limited** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Case: 17-53120     Doc# 1     Filed: 12/29/17     Entered: 12/29/17 17:42:25     Page 24 of 37

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.4. | **Reid & Wise**<br>**44 Montgomery Street**<br>**San Francisco, CA 94104** | **Attorney Fees** | **09/25/2017** | **$5,650.90** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **1235 Radio Road**<br>**Redwood City, CA 94065** | **10/2015 - 06/2017** |
| 14.2. | **1250 Borregas Ave**<br>**Sunnyvale, CA 94089** | **06/2017 - 11/2017** |
| 14.3. | **700 Bestcourt**<br>**(Company Housing)**<br>**San Carlos, CA 94070** | **2014-2017** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Case: 17-53120    Doc# 1    Filed: 12/29/17    Entered: 12/29/17 17:42:25    Page 25 of 37

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ☑ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☑ Yes. Fill in below:

   Name of plan
   **Medical and vision insurance. Plans believed to be terminated**

   Employer identification number of the plan
   EIN:

   Has the plan been terminated?
   ☐ No
   ☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **FD Logistics**<br>**32920 Alvarado Niles Rd**<br>**Suite 220**<br>**Union City, CA 94589** | **Martin Wolff** | **Inventory** | ☐ No<br>☑ Yes |

Case: 17-53120    Doc# 1    Filed: 12/29/17    Entered: 12/29/17 17:42:25    Page 26 of 37

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Public Storage<br>1060 Stewart Dr<br>Sunnyvale, CA 94085 | Ning Zhang | Various Units (2438, 7035, 5019) - See Exhibit A | ☐ No<br>■ Yes |
| Sillicon Valley Pad, Inc.<br>1250 Borregas Ave<br>Sunnyvale, CA 94089 | At the location | Parts - See Exhibit A | ■ No<br>☐ Yes |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Case: 17-53120    Doc# 1    Filed: 12/29/17    Entered: 12/29/17 17:42:25    Page 27 of 37

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | |
| | | **Dates business existed** |
| 25.1. **Ehang, GmbH**<br>**Am Falder**<br>**4 Schoss Elbroich**<br>**Dusseldorf, Germany** | **Distribution** | **EIN:** **N/A**<br><br>**From-To** **November 2017** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Zhai & Wang, LLP**<br>**2051 Junction Avenue, Suite 200**<br>**San Jose, CA 95131** | **2015 -2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Zhai & Wang, LLP**<br>**2051 Junction Avenue, Suite 200**<br>**San Jose, CA 95131** | **2015-2017** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Zhai & Wang, LLP**<br>**2051 Junction Avenue, Suite 200**<br>**San Jose, CA 95131** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Case: 17-53120    Doc# 1    Filed: 12/29/17    Entered: 12/29/17 17:42:25    Page 28 of 37

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Weixian Xia | Building No. 3 Nanxiang 2nd Road Huangpu District Guangdong Province, China 510670 | Chief Executive Officer President Chief Financial Officer Treasurer Secretary | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ehang Holdings Ltd | 4 F Vice Building, No 11 Aoti Road, Tianhe District Guangdong Guangdong Province, China 00051-0700 | Owner | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Huazhi Hu | 4 F Vice Building, No 11 Aoti Road, Tianhe District Guangdong Guangdong Province, China 00051-0700 | Chief Executive Officer President Chief Financial Officer Treasurer | 2014 - 01/01/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Yifang Derrick Xiong | 4 Vice Building No. 11 Aoti Road, Tianhe District Guangzhou Guangdong Province, China 00051-0700 | Secretary | 2014 - 01/01/2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | Ehfly Technology Limited Building No.3 Yixang Science Park No. 72 Nanxiang 2nd Road, Luogang Street Huangpu District, Guangzhou Guangdong Province, China 00051-0700 | Return of inventory; full credit to Ehang Inc. of $2,590,310.55 | August 2017 | Return of inventory |
| | Relationship to debtor Related company | | | |

Case: 17-53120   Doc# 1   Filed: 12/29/17   Entered: 12/29/17 17:42:25   Page 29 of 37

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Ehfly Technology Limited Building No.3 Yixang Science Park No. 72 Nanxiang 2nd Road, Luogang Street Huangpu District, Guangzhou Guangdong Province, China 00051-0700** | **Payment from Ehang Inc's customer for inventory; full credit to Ehang, Inc. $290,039.47** | **01/31/2017, 04/30/2017** | **Payment for inventory** |
| | Relationship to debtor **Related company** | | | |
| 30.3. | **Huazhi Hu 4 F Vice Building, No 11 Guangzhou Guangdong Province, China 00051-0700** | **used of shared corporate housing, company credit card; not seperately valued** | **Various** | **Local housing, Expenses** |
| | Relationship to debtor **Prior CEO** | | | |
| 30.4. | **Yifang Derrick Xiong 4 Vice Building No. 11 Aoti Road, Tianhe District Guangzhou Guangdong Province, China 00051-0700** | **used of shared corporate housing, company credit card; not seperately valued** | **Various** | **Local Housing, Expenses** |
| | Relationship to debtor **Prior Secretary** | | | |
| 30.5. | **Weixian Xia Building No. 3 Nanxiang 2nd Road Huangpu District Guangdong Province, China 510670** | **used of shared corporate housing, not seperately valued** | **Various** | **Local housing** |
| | Relationship to debtor **CEO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 29, 2017**

**/s/ Weixian Xia**                                                    **Weixian Xia**
Signature of individual signing on behalf of the debtor                Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California - San Jose Division

In re **EHang, Inc.**

Debtor(s)

Case No. _____

Chapter **7**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.   The undersigned is the attorney for the debtor(s) in this case.

2.   The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a)   For legal services rendered or to be rendered in contemplation of and in connection with this case ..................................................... $ **45,000.00**
   b)   Prior to the filing of this statement, debtor(s) have paid ............ $ **0.00**
   c)   The unpaid balance due and payable is ...................................... $ **0.00**

3.   $ **335.00** of the filing fee in this case has been paid.

4.   The Services rendered or to be rendered include the following:
   a.   Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b.   Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   c.   Representation of the debtor(s) at the meeting of creditors.

5.   The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

6.   The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

7.   Debtors fees of $20,000 were paid by Ehang Holdings Ltd., a Cayman Islands Company, which owns 100% of the Debtor. $10,000 was for services related to an initial review and assessment of ongoing litigation strategies and negotiations. $10,000 was for services related to analyzing corporate structures, manufacturing and distribution systems and Non-Bankruptcy negotiations. Debtor's fees of $25,000 was paid by Ehfly Technology Limited, an affiliated company related to Ehang Holdings, Ltd, and was for compiling and analyzing documents and information for Bankruptcy schedules, advising regarding Non-Bankruptcy alternative, completing and filling the schedules and statement of affairs, attending the 341 hearing and assisting with initial inquires by the Trustee. Because the principals of the Debtor do not speak English, all of this work was done through an interpreter.

Dated: 12/29/17

Respectfully submitted,

/s/ Wendy W. Smith

Attorney for Debtor: **Wendy W. Smith #133887**
**Binder & Malter, LLP**
**2775 Park Avenue**
**Santa Clara, CA 95050**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

In re

**EHang, Inc.**

Case No.

_____ Debtor(s). _____ /

### CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of __3__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **December 29, 2017**

**/s/ Wendy W. Smith**
_____
Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

ADP, LLC
One Drive MS-600
Augusta, GA 30909


Amazon Fulfillment Services Inc.
Corporation Service Company
300 DeSchutes Way/SW
Suite 304
Tumwater, WA 98501


Amy Covington
c/o Joseph M. Lovretovich
21052 Oxnard Street
Woodland Hills, CA 91367


B&H Foto & Electronics Corp
420 9th Ave
New York, NY 10001


Bank of America
PO Box 982238
Wilmington, DE 19886


California Department of Tax and Fee Adm
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279


Channel Pacific Inc.
5216 Breese Circle
El Dorado Hills, CA 95762


Ehang Holding Limited
Building No.3 Yixang Science Park No. 72
Nanxiang 2nd Road, Luogang Stree
Huangpu District, Guangshou
Guangdong Province, China 00051-0700

Ehang Holdings, Ltd.

Ehfly Technology Limited
Building No.3 Yixang Science Park No. 72
Nanxiang 2nd Road, Luogang Street
Huangpu District, Guangzhou
Guangdong Province, China 00051-0700

FD Logistic
32920 Alvarado Niles Road
Suite 220
Union City, CA 94587

FedEx
PO Box 645123
Pittsburgh, PA 15264-5123

Franchise Tax Board
Bankruptcy Section, MS A-340
PO Box 2952
Sacramento, CA 95812

Freshworks
1250 Bayhill Dr.
Suite 315
San Bruno, CA 94066

Gamble, Mallory & Natsis, LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017

Ingram Micro
3351 Michelson Drive
Irvine, CA 92612

Internal Revenue Service
Special Procedures
PO Box 7346
Philadelphia, PA 19101-7346


KW Redwood Shores, LLC
c/o Kennedy Wilson
1850 Gateway Blvd., Suite 130
Concord, CA 94520


Public Storage
20565 Valley Green Drive
Cupertino, CA 95014


Sara Palmer
c/o Ravdeep S. Grewal
Dhillon Group, Inc.
177 Post Street, Suite 700
San Francisco, CA 94108


Sillicon Valley Pad, Inc.
1250 Borregas Ave
Sunnyvale, CA 94089

# United States Bankruptcy Court
## Northern District of California - San Jose Division

In re    **EHang, Inc.**               Case No. _____

                     Debtor(s)          Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **EHang, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

   **Ehang Holdings, Ltd.**

☐ None [*Check if applicable*]

**December 29, 2017**               **/s/ Wendy W. Smith**

Date                           **Wendy W. Smith #133887**

                                 Signature of Attorney or Litigant

                                 Counsel for    **EHang, Inc.**

                                 **Binder & Malter, LLP**

                                 **2775 Park Avenue**

                                 **Santa Clara, CA 95050**