HEINZ BINDER, #87908
WENDY W. SMITH, #133887
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: heinz@bindermalter.com
Email: wendy@bindermalter.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION 5

In re:

EHANG, INC.,

Debtor.

Case No.: 17-53120-MEH

Chapter 7

## Attachment to Schedules A/B and Statement of Financial Affairs

Attached hereto is the Exhibit A to the Debtor's schedule A/B and Statement of Financial Affairs.

Date: January 9, 2018

BINDER & MALTER, LLP

By: /s/ Wendy W. Smith
Wendy W. Smith
Attorney for Debtor

- 1
Attachment to Schedules A/B and Statement of Financial Affairs

# Exhibit A to Schedule Statement of Financial Affairs

PERSONAL PROPERTY - AT SILICON VALLEY PAD

| item | quantity |
| --- | --- |
| ghostdrone 2.0 android black return | 1 |
| ghostdrone 2.0 android white return | 11 |
| ghostdrone 2.0 ios black return | 11 |
| ghostdrone 2.1 ios white return | 1 |
| ghostdrone 2.0 aerial white return | 9 |
| ghostdrone 2.0 aeiral black return | 2 |
| black battery | 10 |
| white battery | 15 |
| laptop lenovo yoga 700 | 9 |
| motors | 400 |
| drone antenna | 30 |
| flight control board | 100 |
| 3d gimbal black | 16 |
| gbox | 13 |
| solder station | 2 |
| 184 model | 1 |
| 3.0 model | 1 |
| 2.0+ model | 1 |
| canon scanner | 1 |

# Exhibit A to Schedule Statement of Financial Affairs

PERSONAL PROPERTY –STORAGE 7035

| item | quantity |
|---|---|
| GhostDrone 2.0 | around 750, most of them are black vr |
| drone box | 300 |
| shipping box | 140 |
| gbox | 250 |
| goggle android white | 52 |
| goggle android black | 47 |
| charger black | 232 |
| charger white | 110 |
| black landing gear | 100 |
| black top lid | 180 |
| white propeller guard | 1 box |
| white bottom lid | 130 |
| motor right | 120 |
| motor left | 120 |
| power board | 1 box |
| esc | 1 box |
| propeller red | 63 set |
| 1.0 bottom lid | 1 box |
| white top lid | 1 box |
| black bottom lid | 1 box |
| 1.0 camera & gimbal | 10 |
| white landing gear | 1 box |
| 4k camera | 28 |
| 3d gimbal black | 20 |
| backpack(no box) | 5 |
| propeller blue | 82 set |
| propeller black | 23 set |
| Epson C462k xp410 printer | 1 |

# Exhibit A to Schedule Statement of Financial Affairs

PERSONAL PROPERTY - STORAGE 5019

| item | quantity |
|---|---|
| early version 2.0 basic & aerial(plastic pillar for holding flight control board, black 3d gimbal for white drone) | around 300 |
| falcon | 1 |
| black battery | 170 |
| 60"samsung TV | 4 |
| landing gear black | 30 set |
| spherical gimbal&camera set black | 72 |
| propeller blue | 180 |
| propeller red | 360 |
| 1.0 gbox android | 50 |
| propeller guard | 30 |
| 1.0 2d gimbal | 10 |
| 1.0 propeller | 1 box |
| backpack | 2 |
| 3d gimbal black | 30 |
| statrionary & miscellaneous | 1box |
| tool box | 3 |
| big box | 1 |
| high power light | 3 |
| pc | 1 |
| 17" monitor | 1 |

In re: Ehang, Inc.
Case No.: 17-53120-MEH

# Exhibit A to Schedule A/B

PERSONAL PROPERTY - STORAGE 2438

| item | quantity |
|---|---|
| office chair(rotate, mesh bacm) | 33 |
| guest chair | 9 |
| printer | 1 |
| TV | 1 |
| curvy screen TV | 1 |
| shelf | 7 |
| ikea style tables | 4 |
| tables | 4 |
| Ghostdrone 2.0 | 20 |
| cabinet | 2 |
| round table | 2 |
| pallet jet | |