1  Gregg S. Kleiner, State Bar No. 141311
   RINCON LAW LLP
2  268 Bush Street, Suite 3335
   San Francisco, California 94104
3  Telephone No.: 415-996-8180
   Facsimile No.: 415-680-1712
4  Email: gkleiner@rinconlawllp.com

5
   Counsel for MOHAMED POONJA,
6  Trustee in Bankruptcy

7

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EHANG, INC.,<br><br>Debtor. | Case No. 17−53120 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**MOTION TO: (I) SELL AT AUCTION ESTATE'S RIGHT, TITLE AND INTEREST IN AND TO CERTAIN SCHEDULED ASSETS;**<br>**(II) COMPENSATE AUCTIONEER; AND (III) REIMBURSE ADMINISTRATIVE EXPENSE**<br><br>[No Hearing Required Unless Requested] |

Mohamed Poonja, Trustee in Bankruptcy of the estate of the above-named Debtor, hereby moves the Court for an order authorizing him to: (i) sell at auction the estate's right, title and interest in certain personal property comprised of furniture, equipment and inventory (collectively, the "Property"); (ii) compensate the auctioneer for its services (commission and expenses); and (iii) reimburse the Trustee the sum of $1,000 in administrative costs he advanced, on the terms more fully set forth in the Notice and Opportunity for Hearing on Motion to: (I) Sell at Auction Estate's Right, Title and Interest in and to Certain Scheduled Assets; (II) Compensate Auctioneer; And (III) Reimburse Administrative Expense ("Notice") filed herewith.

/ / /

1     A copy of the Notice is attached hereto as **Exhibit A** and is incorporated by reference.

3 DATED: January 30, 2018      RINCON LAW LLP

By: */s/ Gregg S. Kleiner*
    GREGG S. KLEINER
    Counsel for MOHAMED POONJA,
    Trustee in Bankruptcy

| | |
|---|---|
| In re<br><br>    EHANG, INC.,<br><br>                          Debtor. | Case No. 17−53120 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>[No Hearing Required Unless Requested] |

**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO:
(I) SELL AT AUCTION ESTATE'S RIGHT, TITLE AND INTEREST IN AND TO CERTAIN
SCHEDULED ASSETS; (II) COMPENSATE AUCTIONEER;
AND (III) REIMBURSE ADMINISTRATIVE EXPENSE**

**TO CREDITORS, THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE THAT** Mohamed Poonja, the duly appointed and acting Chapter 7 Trustee ("Trustee") of the bankruptcy estate of EHang, Inc. ("Debtor") has filed a motion for Bankruptcy Court authority to: (i) sell at auction the estate's right, title and interest in certain personal property generally comprised of furniture, equipment and inventory (collectively, the "Property"); (ii) compensate the auctioneer for its services (commission and expenses) related to the sale of the Property; and (iii) reimburse the Trustee the sum of $1,000 for administrative costs he advanced.

**Background**

    The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on December 29, 2017. Prior to the petition date, the Trustee is informed that the Debtor was engaged in a business of distributing, among other things, unmanned drones for resale. Among the Debtor's primary tangible assets are office furniture, office equipment and inventory, comprised primarily of unmanned drones and related parts and accessories. The foregoing items comprise the Property.

**Auction of Property**

    The Trustee's auctioneer, West Auctions, Inc., can be reached at its website at www.westauction.com. Effective Friday, February 9, 2018, a detailed description of the Property will be available on the auctioneer's website. The Trustee encourages creditors and others who are interested in reviewing and evaluating the Property to visit the West Auctions, Inc. website to obtain more information about the auction, including the terms and conditions on which bids will be accepted. Parties wishing to personally view the Property must contact the auctioneer by e-mail at info@westauction.com where appointments can be made at the auctioneer's discretion. The Property is being maintained at facility located in Woodland, CA ("Premises").

    The auction of the Property will commence at 10:00 a.m. (PST) on Tuesday, March 6, 2018 and continue through 10:00 a.m. (PST) on Thursday, March 8, 2018. Full payment via cash, cashier's check, wire / bank transfer or credit card[1] must be made by no later than 12:00 p.m. (noon) (PST) by Monday, March 12, 2018. West Auctions will coordinate with buyers for the removal of the Property from the Premises commencing Wednesday, March 14, 2018 through Friday, March 16, 2018, from 9:00 a.m. (PST) to 4:00 p.m. (PST). Buyers are solely responsible for pick-up and removal of the Property that they have purchased.

    The Trustee requests that the order approving the sale of the Property provide, "This order is effective upon entry and the stay otherwise imposed by Rule 62(a) and the Federal Rules of Civil Procedure and/or

---

[1] Payments made by credit card will be assessed a 3% transaction fee.

1

**EXHIBIT A**

Bankruptcy Rule 6004(h) shall not apply."  Any party with questions is encouraged to contact the undersigned.

**THE FOREGOING AUCTION IS ON AN "AS IS, WHERE IS AND WITH ALL FAULTS" BASIS. THE TRUSTEE DISCLAIMS ANY AND ALL REPRESENTATIONS WARRANTIES, INCLUDING, BUT NOT LIMITED TO THE WARRANTY OF MERCHANTABILITY FOR FITNESS FOR A PARTICULAR PURPOSE.**

**Payment of Auctioneer**

The Trustee intends to compensate West Auctions solely from the sale proceeds of the Property by paying a 15% commission of the gross sale price, exclusive of sales tax, and to reimburse West Auctions its necessary and reasonable expenses not to exceed $14,000.

**Payment of Administrative Expense**

A material portion of the inventory that makes up the Property was housed at a third-party fulfillment warehouse – FD Logistics.  Under its pre-petition agreement with the Debtor, FD Logistics was entitled to receive minimum monthly rent for the storage and safe keeping of the inventory in its possession.  In order for the auctioneer to obtain possession of the inventory held by FD Logistics, FD Logistics required that the estate pay to it the outstanding post-petition storage fees of $1,000.  The Trustee, from his personal funds, advanced the $1,000 payment to FD Logistics.  The Trustee, herein, seeks reimbursement of the $1,000 he advanced to FD Logistics.

**PLEASE TAKE FURTHER NOTICE THAT** Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed with respect to any objection to the proposed abandonment or any request for hearing thereon.

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;**

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and**

**In the event of a timely objection or request for hearing, the initiating party will give at least seven days' written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.**

**PLEASE TAKE FURTHER NOTICE THAT** as of January 1, 2005, the United States Bankruptcy Court for the Northern District of California has adopted mandatory electronic filing.  If you are not currently qualified to file papers with the Court electronically, you should consult the Court's website (www.canb.uscourts.gov).

DATED:  January 30, 2018             RINCON LAW LLP


By:  */s/ Gregg S. Kleiner*
                    GREGG S. KLEINER
                    Counsel for MOHAMED POONJA, Trustee in Bankruptcy

Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP, 268 Bush Street, Suite 3335, San Francisco, California 94104
Telephone No.:  415-996-8180 / Facsimile No.:  415-680-1712 / Email:   gkleiner@rinconlawllp.com

2

**EXHIBIT A**