Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-996-8180
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for MOHAMED POONJA,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re | Case No. 17−53120 MEH |
|---|---|
| EHANG, INC., | Chapter 7 |
| | Hon. M. Elaine Hammond |
| Debtor. | **MOTION TO ABANDON PERSONAL PROPERTY** |
| | [No Hearing Required Unless Requested] |

Mohamed Poonja, Trustee in Bankruptcy of the estate of the above-named Debtor, hereby moves the Court for an order authorizing him to abandon the estate's, right, title and interest in and to the Debtor's personal property contained in storage lockers, Unit Nos. 2438, 5019, and 7035, located at 1060 Stewart Drive, Sunnyvale, California on the terms more fully set forth in the Notice and Opportunity for Hearing on Motion to Abandon Personal Property ("Notice") filed herewith.

A copy of the Notice is attached hereto as **Exhibit A** and is incorporated by reference.

DATED: February 5, 2018      RINCON LAW LLP


By: */s/ Gregg S. Kleiner*
   GREGG S. KLEINER
   Counsel for MOHAMED POONJA,
   Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re

    EHANG, INC.,

          Debtor.

Case No. 17−53120 MEH
Chapter 7
Hon. M. Elaine Hammond

**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO ABANDON PERSONAL PROPERTY**

[No Hearing Required Unless Requested]

**TO THE DEBTOR, CREDITORS, THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE THAT** Mohamed Poonja, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of EHang, Inc. ("Debtor") has filed a motion for authority to abandon the estate's, right, title and interest in and to the Debtor's personal property contained in storage lockers, Unit Nos. 2438, 5019, and 7035, located at 1060 Stewart Drive, Sunnyvale, California (the "Units"). The Units contain various personal property of the Debtor, primarily comprised of office furniture and equipment ("Property"). The Trustee has evaluated the Property and has concluded that the Property has little value, roughly $200-$400, and it would cost significantly more to move the Property from the Units than the estate would receive through a sale. Subject to further evaluation, the Trustee may advance costs to dispose of the Property. Section 554 of the Bankruptcy Code provides that the Trustee may abandon property of the estate if it is of inconsequential value to the estate or a burden to the estate. The Trustee has concluded that the Property located in the Units is a burden to the estate and of inconsequential value to the estate.

**Objections or Requests for Hearing**

**PLEASE TAKE FURTHER NOTICE THAT** Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed with respect to any objection to the proposed abandonment or any request for hearing thereon. Pursuant to Federal Rule of Bankruptcy Procedure 6007, any objection to the proposed abandonment or request for hearing must be filed with the U.S. Bankruptcy Court, San Jose Division, Third Floor, Room 3035, 280 South First Street, San Jose, CA 95113, and served on counsel for the Trustee at the address noted below within **14 days** from the mailing of this notice. Any request for hearing or objection to the proposed abandonment must be accompanied by any declarations or memoranda of law that the party objecting or requesting wishes to present in support of its objection. If no party in interest timely objects to the requested relief or requests a hearing, the Trustee will seek entry of an order approving the abandonment by default, without further notice and in the absence of an actual hearing. If a timely objection or request for a hearing is made, counsel for the Trustee will give at least 7 days' written notice of the hearing to the objecting or requesting party.

**PLEASE TAKE FURTHER NOTICE THAT** as of January 1, 2005, the United States Bankruptcy Court for the Northern District of California has adopted mandatory electronic filing. If you are not currently qualified to file papers with the Court electronically, you should consult the Court's website (www.canb.uscourts.gov).

DATED: February 5, 2018        RINCON LAW LLP

                                            By:  */s/ Gregg S. Kleiner*
                                                   GREGG S. KLEINER
                                                   Counsel for MOHAMED POONJA, Trustee in Bankruptcy

Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP, 268 Bush Street, Suite 3335, San Francisco, California 94104
Telephone No.: 415-996-8180 / Facsimile No.: 415-680-1712 / Email: gkleiner@rinconlawllp.com

1

**EXHIBIT A**