Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.: 415-672-5991
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Counsel for MOHAMED POONJA,
Trustee in Bankruptcy

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 17−53120 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond |
| EHANG, INC.,<br><br>Debtor. | **MOTION FOR RESERVATION OF ASSETS FROM ABANDONMENT**<br><br>[No Hearing Required Unless Requested] |

Mohamed Poonja, Trustee in Bankruptcy of the estate of the above-named Debtor, hereby moves the Court for an order authorizing him to reserve from abandonment under 11 U.S.C. § 554(d) the estate's right, title and interest in and to: (i) a claim the Trustee filed on the debtor's behalf in the W.D. Navarro Distribution, LLC bankruptcy case (pending before the Bankruptcy Court for the District of Minnesota) as a non-priority, general unsecured claim in the amount of $1,435,088.25; and (ii) avoidance claims pursuant to 11 U.S.C. §§ 544-549 against Ehfly Technology Limited with regard to alleged pre-petition transfers that the Debtor made to Ehfly, on the terms more fully set forth in the  Notice And Opportunity for Hearing on Motion For Reservation of Assets From Abandonment ("Notice") filed herewith.

/ / /

/ / /

/ / /

/ / /

A copy of the Notice is attached hereto as **Exhibit A** and is incorporated by reference.

DATED: January 11, 2019          RINCON LAW LLP


By: */s/ Gregg S. Kleiner*
GREGG S. KLEINER
Counsel for MOHAMED POONJA,
Trustee in Bankruptcy

| | |
|---|---|
| In re<br><br>EHANG, INC.,<br><br>Debtor. | Case No. 17-53120 MEH<br>Chapter 7<br>Hon. M. Elaine Hammond<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION FOR RESERVATION OF ASSETS FROM ABANDONMENT**<br><br>[No Hearing Required Unless Requested] |

**TO THE DEBTOR, CREDITORS, THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:**

     **PLEASE TAKE NOTICE THAT** Mohamed Poonja, Chapter 7 Trustee ("Trustee") of the bankruptcy estate of EHang, Inc. ("Debtor") has filed a motion for authority to reserve from abandonment under 11 U.S.C. § 554(d) the estate's right, title and interest in and to: (i) a claim the Trustee filed on behalf of the Debtor's estate in the W.D. Navarro Distribution, LLC bankruptcy case ("Navarro") (pending before the Bankruptcy Court for the District of Minnesota) as a non-priority, general unsecured claim in the approximate amount of $1,435,088.25 ("Claim"); and (ii) potential avoidance claims the estate may have pursuant to 11 U.S.C. §§ 544-549 against Ehfly Technology Limited ("Ehfly") with regard to alleged pre-petition transfers that the Debtor made to Ehfly ("Transfers"). According to the Debtor's Statement of Financial Affairs (Docket 1, page 22 of 27, the Transfers are in the approximate aggregate amount of $2,880,350.02.

**Navarro Case**

     Prior to the Petition Date, the Debtor utilized the services of Navarro. Navarro filed a voluntary petition under Chapter 11 on September 8, 2017. The Trustee is informed and believes that at the time that Navarro filed its voluntary Chapter 11 petition, it owed the Debtor the sums set forth in the Claim. In January of 2018, the Navarro case was converted to one under Chapter 7. According to information recently received from counsel for the Navarro trustee, the Navarro estate case is unlikely to make distributions to unsecured creditors at this time, and it is unlikely to close during 2019.

**Transfers**

     The Trustee is seeking to locate special counsel to evaluate and possibly commence litigation against Ehfly with regard to the Transfers. Ehfly is headquartered in the People's Republic of China. While the Trustee has sought to locate special counsel to initiate litigation to avoid the Transfers, he does not anticipate that he will be able to commence litigation against Ehfly and collect on a judgment, if any, for many years.

**Reservation from Abandonment**

     Rather than keep the Debtor's bankruptcy estate open for what may be many years in the hope of collecting funds under the Claim and/or from a judgment regarding the Transfers, the Trustee has concluded it is in the best interest of the estate to close the case and reserve from abandonment under § 554(d) the estate's interest in the Claim and the Transfers. If, ultimately value can be obtained from the Claim and/or the Transfers, creditors will be entitled to share in that value. Reserving these assets from abandonment will assist in that process, but allow the Trustee to close the Debtor's case in the near future and make distributions to creditors using the funds the Trustee currently has on-hand. If and when the Claim is paid and/or litigation can be pursued with regard to the Transfers, the Trustee will contact the Office of the United States Trustee to request that it reopen the case so that these assets can be administered for the benefit of creditors.

1

**EXHIBIT A**

**Objections or Requests for Hearing**

**PLEASE TAKE FURTHER NOTICE THAT** Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed with respect to any objection to the proposed reservation from abandonment or any request for hearing thereon.

**Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing the notice;**

**Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;**

**If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and**

**In the event of a timely objection or request for hearing, the initiating party will give at least seven days' written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.**

**PLEASE TAKE FURTHER NOTICE THAT** as of January 1, 2005, the United States Bankruptcy Court for the Northern District of California has adopted mandatory electronic filing.  If you are not currently qualified to file papers with the Court electronically, you should consult the Court's website (www.canb.uscourts.gov).

DATED:  January 11, 2019                    RINCON LAW LLP


                                            By:  */s/ Gregg S. Kleiner* _____
                                                  GREGG S. KLEINER
                                                  Counsel for MOHAMED POONJA, Trustee in Bankruptcy

Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, California 94104
Telephone No.:  415-672-5991
Facsimile No.:  415-680-1712
Email: gkleiner@rinconlawllp.com

2

**EXHIBIT A**