

Gregg S. Kleiner (SBN 141311)
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Tel: 415-672-5991
Fax: 415-680-1712
gkleiner@rinconlawllp.com

Counsel for
MOHAMED POONJA,
Trustee in Bankruptcy

The following constitutes the order of the Court.
Signed: February 4, 2019

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

EHANG, INC.,

Debtor.

Case No. 17-53120 MEH
Chapter 7
Hon. M. Elaine Hammond

**ORDER AUTHORIZING RESERVATION OF ASSETS FROM ABANDONMENT**

The Court having reviewed and considered: (i) Motion for Reservation of Assets From Abandonment ("Motion") (Docket 61) filed by Mohamed Poonja, Chapter 7 Trustee ("Trustee") of the above-captioned Debtor; (ii) the Trustee's request for order approving the Motion; and (iii) the declaration of Gregg S. Kleiner in support thereof, notice of the Motion being adequate and proper under the circumstances and good cause appearing therefor

IT IS HEREBY ORDERED THAT:

1. The Motion is approved in all respects and in accordance with the terms of this Order.

2. The Trustee is authorized to reserve from abandonment under 11 U.S.C. § 554(d) the estate's right, title and interest in and to: (i) the claim the Trustee filed on behalf of the debtor's estate in the W.D. Navarro Distribution, LLC bankruptcy case, pending before the Bankruptcy Court for the District of Minnesota, Case No. 17−42728, as a non-priority, general unsecured claim in the approximate amount of $1,435,088.25; and (ii) potential avoidance claims the estate may have

pursuant to 11 U.S.C. §§ 544-549 against Ehfly Technology Limited ("Ehfly") with regard to alleged pre-petition transfers that the Debtor made to Ehfly, in the approximate aggregate amount of $2,880,350.02.

*** END OF ORDER ***

*** COURT SERVICE LIST ***

No Court service required.